UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MANSFIELD CHENEY, PC, et al.,

    Plaintiffs,

    v.

DANIEL A. HIGSON, et al.,

    Defendants.

Case No. 15-cv-05985 NC

**ORDER TO PROVIDE UPDATE ON PROGRESS OF ENE BY THURSDAY MAY 19, 2016**

Re: Dkt. No. 53

The parties are ordered to provide the Court with a joint statement stating their status in the Early Neutral Evaluation program by Thursday, May 19, 2016.

**IT IS SO ORDERED.**

Dated: May 16, 2016

                        NATHANAEL M. COUSINS
                        United States Magistrate Judge

Case No. 15-cv-05985 NC