UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| MANSFIELD CHENEY, PC, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>DANIEL A. HIGSON, et al.,<br><br>    Defendants. | Case No. 15-cv-05985 NC<br><br>**ORDER TO NOTIFY THE COURT OF SETTLEMENT OR CASE STATUS**<br><br>Re: Dkt. No. 62 |
|---|---|

The Court has received word that the parties have settled the case. *See* Dkt. No. 62 at 1. The parties are therefore ordered to dismiss the case or report on the status of the case by June 9, 2016.

**IT IS SO ORDERED.**

Dated: June 2, 2016

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 15-cv-05985 NC